Michael D. SHOEMAKER, Appellant

v.

STATE of Missouri, Respondent.

No. WD 49766.

Missouri Court of Appeals,
Western District.

Feb. 21, 1995.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

Appeal from the denial of a Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

Gloria HAYES, Appellant,

v.

LABOR AND INDUSTRIAL RELATIONS COMMISSION of Missouri, et al.,
Respondents.

No. WD 49653.

Missouri Court of Appeals,
Western District.

Feb. 21, 1995.

Samuel I. McHenry, Kansas City, for appellant.

Sharon A. Willis, Kansas City, Sandy Bowers, Jefferson City, for respondent, Mo. Div. of Employment Security.

Victorine R. Mahon, Jefferson City, for respondent Labor and Indus. Relations Com'n.

Before KENNEDY, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from a circuit court ruling that Appellant was not entitled to certain unemployment compensation benefits.

Judgment is affirmed. Rule 84.16(b).